■ In the Matter of DONALD BLEAKLEY, Respondent, v STACY LEIGH MCGREGOR, Appellant. [954 NYS2d 498]

An order denying a motion to resettle a substantive or decretal portion of a prior order is not appealable (*see EQK Green Acres v United States Fid. & Guar. Co.*, 248 AD2d 667 [1998]).

In light of our determination, the application of the mother's counsel to withdraw as counsel has been rendered academic. Balkin, J.P., Roman, Sgroi and Cohen, JJ., concur.